IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TESFAY GEBREMICAEL, )
)
    Plaintiff, )
) Case No. 3:12-cv-00064
v. ) Judge Haynes
)
)
CENTRAL PARKING SYSTEM, INC., )
)
    Defendant. )

## ORDER

Before the Court is the parties' joint stipulation of dismissal of all claims pending in this action. (Docket Entry No. 45). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are **DISMISSED with prejudice**. Each party shall bear its own costs and attorney's fees..

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the _14th_ day of ~~December~~ November, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge